# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANJAY AGARWAL, a Plan Beneficiary,<br><br>Plaintiff,<br><br>v.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, an ERISA Fiduciary and Benefit Administrator, EAST BAY PHYSICIAN'S MEDICAL GROUP, a Benefit Plan Sponsor,<br><br>Defendants. | Case No. 5:25-cv-10961-NC<br><br>(Assigned to Hon. Nathanael M. Cousins, Courtroom 5, 4th Floor)<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL OF   ACTION WITH PREJUDICE**<br><br>*(Filed Concurrently with Stipulation for Dismissal)* |

1

ORDER

Case No. 5:25-cv-10961-NC

## ORDER

Based upon the stipulation of the parties and for good cause shown, IT IS HEREBY ORDERED that this action, Case No. 5:25-cv-10961-NC, is hereby dismissed in its entirety as to all parties without prejudice, with Plaintiff's claim for long-term disability benefits remanded for further administrative review pursuant to and consistent with the Parties' Stipulation Regarding Dismissal and Remand.  All dates set in this matter are hereby vacated and taken off calendar.

IT IS FURTHER ORDERED that each party shall bear their or its own attorneys' fees and costs in this matter.

**IT IS SO ORDERED.**

Dated: July 1, 2026



HONORABLE _____ COUSINS
UNITED _____ JUDGE

GRANTED

Judge Nathanael M. Cousins

2

ORDER

Case No. 5:25-cv-10961-NC